**KERNER & KERNER, P.C.**
ATTORNEYS AT LAW
15 Maiden Lane, Ste. 1008
New York, New York 10038
Tel: (212) 964-1098
Fax: (212) 385-9072

February 28, 2025

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *E/O Danila Belov et al. v. Consolidated Communications Holdings et al*
              *(Docket No.: 25 Civ. 00297 [PKC])*

Dear Judge Chen:

      This office represents the Defendant, AA Tech Force, LLC in the above-referenced action. In this regard, we join in the recently submitted request for a pre-motion conference seeking dismissal pursuant to Fed. R. Civ. P. 12, submitted today by counsel for the co-Defendant Anirudha, Inc. (ECF Doc. No. 53).

      Thank you for your consideration.

                                                      Respectfully submitted,

                                                      s/ *Kenneth T. Kerner*

KTK.sf                                                            Kenneth T. Kerner (5736)

cc: All Counsel (VIA ECF)