UNITED STATES DISTRICT COURT
EASTERN DISRICT OF NEW YORK
------------------------------------------------------------------------x

ESTATE OF DAVILA BELOV, by its Personal Representative RALPH WILLIAM WYAND II and MIKHAIL BELOV and EKATERINA BELOVA, Individually,

                     **Plaintiffs**

-against-

CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., CONSOLIDATED COMMUNICATIONS ENTERPRISE SERVICES, INC., CONSOLIDATED COMMUNICATIONS OF MAINE COMPANY, CONSOLIDATED COMMUNICATIONS, INC., EUSTIS CABLE ENTERPRISES, LTD., AA TECH FORCE, LLC, and ANIRUDHA INC.

                     **Defendants.**
------------------------------------------------------------------------x

Docket No.: 25 cv 00297

STIPULATION AND ORDER SUBSTITUTING ATTORNEYS PURSUANT TO LOCAL RULE 1.4(b)

       IT IS HEREBY STIPULATED AND AGREED, that Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, of 1133 Westchester Avenue, White Plains, NY 10604, be substituted as attorneys of record for the Defendant, AA TECH FORCE, LLC, in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

       IT IS FURTHER STIPULATED AND AGREED by the undersigned parties that an electronic copy of the within Consent to Change Attorneys is acceptable among the undersigned parties for all filing purposes with the Court hereof.

Dated: New York, New York,
        March 27, 2025.               KERNER & KERNER, P.C.

                                           s/ *Kenneth T. Kerner*
                                           Kenneth T. Kerner, Esq.
                                           Outgoing Attorneys for Defendant
                                           AA TECH FORCE, LLC
                                           15 Maiden Lane, Ste. 1008
                                           New York, NY 10038
                                           212-964-1098

                                          WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

s/ *Bernice C Margolis*
_____, Esq.
Incoming Attorney for Defendant
AA TECH FORCE, LLC
1133 Westchester Avenue
White Plains, NY 10604
914-323-7000


AA TECH FORCE LLC

By: *Andrey Babkin*   3/28/205
Andrey Babkin – President/Owner

SO ORDERED:

_____
U.S.D.J.