

Matthew E. Kennedy
Partner
mkennedy@lbmblaw.com

7 Ridgedale Avenue
Cedar Knolls, New Jersey 07927
Tel: 973-539-2090 | Fax: 973-539-0806

May 6, 2026

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, New York 11201

Re:   ***Estate of Danila Belov et al v. Consolidated Communications Holdings, Inc. et al*** (**Case No. 1:25-cv-00297-PKC-JRC**)

Dear Judge Chen:

My firm represents defendants Eustis Cable Enterprises, Ltd. ("Eustis") and Consolidated Communications Enterprises Services, Inc. now known as Fidum Enterprise Services, LLC ("Consolidated") in the above-captioned matter.

Pursuant to Section 3(D) of Your Honor's Individual Practices and Rules, Eustis has served counsel for all parties with the following motion papers for Eustis' Motion To Dismiss For Lack Of Personal Jurisdiction via e-mail:

- Cover Letter;
- Notice of Motion and Certificate of Service;
- Memorandum of Law;
- Declaration of Matthew E. Kennedy with exhibits A-F;
- Proposed Order;

Eustis will electronically file these motion papers on the June 6, 2026 due date for Plaintiffs' response set forth in United States Magistrate Judge James R. Cho's March 3, 2026 text order.

New York City Office:
43 West 43rd Street, Suite 50
New York, New York 10036-7424
Tel: 212-709-8193

Albany Office
1540 Dean Street
Niskayuna, New York 12309-5102
Tel: 518-280-6291

Philadelphia Office:
100 South Juniper 3rd Floor - #200
Philadelphia, Pennsylvania 19107
Tel: 973-539-2090

All Replies to New Jersey Office

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Matthew E. Kennedy*

Matthew E. Kennedy
**LEARY, BRIDE, MERGNER
& BONGIOVANNI, P.A.**
7 Ridgedale Avenue
Cedar Knolls, New Jersey 07927
T: 973-539-2090
F: 973-539-0806
mkennedy@lbmblaw.com
*Attorneys for Defendants*
*Eustis Cable Enterprises, Ltd.*
*and Consolidated Communications*
*Enterprises Services, Inc. now known*
*as Fidum Enterprise Services, LLC*

CC:    All Counsel (Via ECF)